GEORGE A. LANGAN, as Trustee of ONONDAGA LITHOLITE COMPANY, Bankrupt, Respondent, *v.* FIRST TRUST & DEPOSIT COMPANY et al., Appellants, et al., Defendants.

Argued April 15, 1947; decided May 15, 1947.

*H. Duane Bruce* and *Lawson Barnes* for appellants.
*Victor Levine* for respondent.

Order affirmed, with costs; no opinion. Question certified answered in the negative.

Concur: LOUGHRAN, Ch. J., CONWAY, DESMOND, THACHER, DYE and FULD, JJ. Taking no part: LEWIS, J.